DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOAQUIN NUNEZ GONZALEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-227 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | SENTENCING |
| | ) | |
| JOAQUIN NUNEZ GONZALEZ, | ) | |
| | ) | Date:  July 27, 2007 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

    It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, and Caro Marks, attorney for defendant Joaquin Nunez-Gonzalez, as follows:

    The Sentencing hearing scheduled for July 13, 2007 should be continued until July 27, 2007.

    The defendant entered a guilty plea on June 29, 2007, after which the Court ordered preparation of a "short form" Presentence Report. The parties need a continuance because U.S. Probation has not completed

the Presentence Report.

    There is no need to exclude time under the Speedy Trial Act, as the Defendant has already entered a guilty plea.

Dated: July 10, 2007

                                                Respectfully submitted,

                                                DANIEL BRODERICK
                                                Federal Defender

                                                /s/ Caro Marks
                                                _____
                                                CARO MARKS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JOAQUIN NUNEZ GONZALEZ

Dated: July 10, 2007

                                                MCGREGOR SCOTT
                                                United States Attorney

                                                /s/ Kyle Reardon
                                                _____
                                                KYLE REARDON
                                                Assistant U.S. Attorney

**ORDER**

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the sentencing presently set for July 13, 2007, be continued to July 27, 2007, at 10:00 a.m.

Dated: July 10, 2007

                                                /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                Senior United States District Judge